








```
LMM    5/2/01    9:30
3:99-CV-00843    JOSEPHS V. PACIFIC BELL
*53*
*MLIM.*
```

KAREN K. HAUBRICH (Bar No. 125802)
PACIFIC TELESIS GROUP LEGAL DEPARTMENT
101 W. Broadway, Suite 1300
San Diego, California 92101
Telephone: (619) 237-2177
Facsimile: (619) 238-9915

RICHARD PAUL (State Bar No. 57976)
PAUL PLEVIN & SULLIVAN, LLP
101 W. Broadway, Suite 1330
San Diego, California 92101
Telephone: (619) 237-5200
Facsimile: (619) 615-0700

Attorneys for Defendant
PACIFIC BELL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

| | |
|---|---|
| JOSHUA LIAM JOSEPHS,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL; and DOES 1-30, inclusive,<br><br>Defendants. | CASE NO. 99 CV 0843 BTM(AJB)<br><br>DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF SETTLEMENT DISCUSSIONS IN PLAINTIFF'S CASE<br><br>[Def. Limine 2 of 7]<br><br>**Judge: Hon. Barry Ted Moskowitz**<br><br>Date: May 29, 2001<br>Time: 4:00 p.m.<br>Ctrm: 15<br><br>Pre-Trial Date: February 1, 2001<br>Trial Date: June 4, 2001 |

Defendant Pacific Bell Telephone Company brings this motion in limine to exclude evidence of any discussions made in the attempts to resolve plaintiff's case in the grievance and arbitration procedures.

Following plaintiff's discharge from Pacific, the union representing him filed a grievance with the company on plaintiff's behalf contesting the discharge. Several meetings on this grievance were held. Many of the exhibits proposed by plaintiff to be used at trial consist of notes made of conversations during these grievance settlement

procedures. Federal Rule of Evidence 408 prohibits the use of "[e]vidence of conduct or statements made in compromise negotiations." FRD 408. *See also, Hyles v. Mensing*, 849 F.2d 1213 (9th Cir. 1988)(holding, "In the interest of protecting the CBA and its grievance procedures, we conclude that, as a matter of federal law, statements that are made in grievance proceedings established by a CBA and are not published to persons lacking legitimate interests in them are privileged and may not support a state tort claim.")

Therefore, all evidence of communications made during the grievance settlement negotiations should be excluded from trial of this action.

DATED: April 27, 2001                          PACIFIC TELESIS LEGAL GROUP


                                               _____
                                               KAREN K. HAUBRICH
                                               Attorneys for Defendant
                                               PACIFIC BELL