















```
BJR    12/6/01    8:34
3:99-CV-00843   JOSEPHS V. PACIFIC BELL
*99*
*MO.*
```

Minutes of the United States District Court
Southern District of California

| Hon. Barry Ted Moskowitz | Deputy Clerk: S. August | Court Reporter: Lee Ann Pence |
|---|---|---|

99CV0843-BTM (AJB)   JOSHUA LIAM JOSEPHS   v.   PACIFIC BELL, et al.

R. KERAMATI (P)                    KAREN K. HAUBRICH (D)

===================================================================
DEFT'S IN LIMINE MOTIONS:
TO EXCLUDE EVIDENCE OF OTHER EMPLOYEE'S GRIEVANCE SETTLEMENT[52-1] **DENIED**
TO EXCLUDE EVIDENCE OF SETTLEMENT DISCUSSIONS IN PLAINTIFF'S
CASE[53-1] **DENIED**
TO EXCLUDE EVIDENCE OF PLAINTIFF'S MEDICAL CONDITION & DESCRIPTION OF TIME
AT HOSPITAL[54-1] **GRANTED IN PART AND DENIED IN PART**
TO EXCLUDE EVIDENCE OF STMT OF STATE JUDGE[55-1] **GRANTED**
TO EXCLUDE EVIDENCE OF PLAINTIFF'S JOB PERFORMANCE AT COX
COMMUNICATIONS[56-1] **GRANTED IN PART AND DENIED IN PART**
TO EXCLUDE EVIDENCE OF OR TESTIMONY SUPPORTING CLAIM OF PUNITIVE
DAMAGES[57-1] **DENIED**
TO EXCLUDE TESTIMONY OF PLAINTIFF'S DESIGNATED EXPERTS FORMUIZIS,
PICKERSGILL AND HUNT[58-1] **DENIED AS ORDERED**
PLTF'S IN LIMINE MOTIONS:
TO EXCLUDE PAST TESTIMONY RE PLFT'S DRUG USAGE[79-1] **DENIED WITHOUT PREJUDICE**
TO EXCLUDE EVID OF CA UNEMPLOYMENT INS APPEALS BD & EEOC DECISIONS[80-1] **DENIED**
PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART DEFT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT[59-1]
IN LINIME MOTION HEARING CONT TO 12-6-01 @ 9AM


DATE:   12-5-01

                                                          Deputy