USDC SCAN INDEX SHEET
Case 3:99-cv-00843-B-AJB   Document 189   Filed 04/15/03   Page 1 of 6










AXR    4/16/03    9:21

3:99-CV-00843   JOSEPHS V. PACIFIC BELL

*189*

*JGM.*

```
                                         FILED
                                   03 APR 15 AM 8:27
                              CLERK U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LIAM JOESPHS, | CASE NO.: 99CV0843-B(AJB) |
| Plaintiff, | |
| vs. | ORDER RE: JUDGMENT AFTER VERDICT |
| PACIFIC BELL; and DOES 1-30, inclusive., | |
| Defendant(s). | |

A JURY TRIAL WAS HELD in the above entitled case. The jury returned a verdict of liability on March 27, 2003 and a verdict of damages on April 3, 2003.

The jury awarded Plaintiff Five Hundred and Two Thousand, Four Hundred and Thirty Seven Dollars ($502,437.00) in damages.

Copies of the Special Verdict Form Re: Liability and the Special Verdict Form Re: Damages are attached hereto. This Court retains jurisdiction to hear any post-trial motions which may follow this Order. This Court also retains jurisdiction to award attorney's fees and costs.

. . . .

. . . .

. . . .

. . . .

ENTERED ON 4-16-03

1

JUDGMENT IS HEREBY ENTERED against Defendant, PACIFIC BELL, in favor of the Plaintiff, JOSHUA JOESPHS.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said Plaintiff, Joshua Joesphs recover from said Defendant, Pacific Bell, the sum of $502,437.00 with interest thereon at the legal rate from the date of entry of this judgment until paid.

**IT IS SO ORDERED.**

Dated: 4-14-03

HONORABLE RUDI M. BREWSTER
UNITED STATES DISTRICT COURT

FILED

MAR 27 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LIAM JOSEPHS,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC BELL; and DOES 1-30, inclusive,<br><br>    Defendants. | Case No. 99cv0843-B(AJB)<br><br>**SPECIAL VERDICT FORM** |

We, the jury in the above-entitled find as follows:

1. Did Pacific Bell regard plaintiff as having a mental disorder at the time of his termination or non-reinstatement?

    Answer "Yes" or "No": __Yes__

    If your answer to this question is "no," then sign this verdict below and return it.

    If your answer to this question is "yes," then answer the next question.

2. Did Pacific Bell regard plaintiff as having a long-term mental disorder which substantially limited his ability to work in a broad range of jobs?

    Answer "Yes" or "No": __Yes__

    If your answer to this question is "no," then sign this verdict below and return it.

189

If your answer to this question is "yes," then answer the next question.

3. Was plaintiff a qualified individual who could satisfy the requisite skill, experience, education, and other job-related requirements of the Service Technician position?

Answer "Yes" or "No": __Yes__

If your answer to this question is "no," then sign this verdict below and return it.

If your answer to this question is "yes," then answer the next question.

4. Did Pacific Bell discharge plaintiff because of his regarded as disability?

Answer "Yes" or "No": __No__, please answer the next question.

5. Did Pacific Bell refuse to agree to reinstate plaintiff in the grievance settlement process because of his regarded as disability?

Answer "Yes" or "No": __Yes__

Dated: 3/27/03

_____
Jury Foreperson

2

FILED
APR -3 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LIAM JOESPHS,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC BELL; and DOES 1-30, inclusive,<br><br>    Defendants. | Case No. 99cv0843-B(AJB)<br><br>SPECIAL VERDICT FORM--<br>DAMAGES |

Based upon your first special verdict answers, the Plaintiff shall receive an award of nominal damages of $1.00.

Question No. 1

What amount, if any, do you award Plaintiff Joshua Joesphs for lost wages to date ("back pay damages")?

Total Back Pay Damages: $229,671.00

Question No. 2

What amount, if any, do you award Plaintiff for lost wages in the future ("front pay damages")?

Total Front Pay Damages: $172,766.00

Question No. 3

What amount, if any, do you award Plaintiff for emotional distress?

Amount: $100,000.00

Dated: April 3, 2003.

_____
Jury Foreperson
KEVIN A. BUNN

188